screenshot-www.epochmediagroup.com-2018.06.05-12-26-14
https://www.epochmediagroup.com/index.html
05.06.2018



EPOCH
MEDIA GROUP

HOME    PROPERTIES    SERVICES    RECOGNITION    FAQ    CONTACT

THE EPOCH MEDIA GROUP POSSESSES THE COURAGE
TO REPORT TRUTHFULLY ON IMPORTANT TOPICS
THAT OTHER MEDIA CHOOSE NOT TO TOUCH.

WHO WE ARE



## BUSINESS VALUE

Our engaged audiences, who trust EMG, can
have a higher conversion rate of becoming your
businesses' leads and customers at the local,
regional and global levels.

SOCIAL VALUE

screenshot-www.epochmediagroup.com-2018.06.05-12-28-06
https://www.epochmediagroup.com/service.html
05.06.2018

**EPOCH** MEDIA GROUP

HOME   PROPERTIES   SERVICES   RECOGNITION   FAQ   CONTACT

## SOCIAL & DIGITAL SERVICES



Market Research



Market Strategy



Content Creation



Social & Digital
Distribution



Data Collection &
Analysis



Performance
Monitoring

## TRADITIONAL MEDIA SERVICES



6/5/2018

(input)_screenshot.html

screenshot-www.epochmediagroup.com-2018.06.05-12-16-35
https://www.epochmediagroup.com/brand.html
05.06.2018

**EPOCH** MEDIA GROUP

HOME   PROPERTIES   SERVICES   RECOGNITION   FAQ   CONTACT



NTD.tv is a news and entertainment website in English owned by Epoch Media Group. Its audience is general English-speaking people in the U.S. Canada, Australia, Europe and Asia.

LEARN MORE

Epoch Times in the English language launched in September 2003 on the web, and published its first print edition in New York in August 2004.

LEARN MORE



Founded by Chinese Americans, and rooted in traditional Chinese culture, NTD serves as a unique bridge between the East and the West.

LEARN MORE

At a great risk to themselves and their loved ones back in China, a group of Chinese-Americans established Epoch Times in the United States in May 2000. Some reporters in China were jailed, and some suffered severe torture, all to bring true information to the world.

LEARN MORE



Epoch Media Group maintains one of the largest Facebook channel-networks in the world, with over 100 Million Fans and 8 Billion monthly video views.

LEARN MORE

The Epoch Digital Network combines artificial intelligence with human wisdom. It has among the most advanced programmatic advertising capabilities on the global market.

LEARN MORE



DKN.tv (Epoch Times Vietnam) founded in 2015 in Vietnamese and ranks 3rd in Vietnam.

LEARN MORE

screenshot-www.epochmediagroup.com-2018.06.05-12-17-42
https://www.epochmediagroup.com/contact.html
05.06.2018



## CONTACT

### NEW YORK (HQ)

229 W. 28th Street, 7th Floor
New York, NY 10001, USA
advertiseNow@epochtimes.com

### OCEANIA

49A Treacy Street, Hurstville
Sydney, NSW, Australia
alfred.sinn@epochitmes.com.au

### ASIA

3403, 101 Lottepresident officetel,
109 Mapodae-ro, Mapo-gu, Seoul, Korea
grantlee@epochtimes.com

### EUROPE

Unit 5, 32 Knights Chambers, South Mall
London, N90TL, UK
paul.greaney@epochtimes.com



screenshot-www.epochmediagroup.com-2018.06.05-12-18-51
https://www.epochmediagroup.com/faq.html
05.06.2018

**EPOCH**
MEDIA GROUP

HOME   PROPERTIES   SERVICES   RECOGNITION   FAQ   CONTACT

# Frequently Asked Questions(FAQ)

**What is EMG?**                                                                        ︿

EMG stands for Epoch Media Group, which is a New York based global news and media company with uniquely positioned TV, Print, Digital and Facebook assets

**How come EMG has more Facebook followers than The New York Times, CBS News, FOX News, etc.? Why have we not heard about EMG before?**                ﹀

**We can run Facebook advertising through Facebook directly and Google ads through Google directly, so why do we need to work with EMG?**                ﹀

**We have been working with other Facebook and digital companies, why do we need to work with EMG?**                ﹀

**What is the biggest value that EMG has for my business?**                ﹀

**In Which markets is EMG strongest?**                ﹀

**Can EMG help my business globally?**                ﹀

**What are the services that EMG provides?**                ﹀

**We already have a website, do we still need to have a landing page?**                ﹀

**If EMG makes a Facebook video for us, distributes the video via its Facebook pages and generates over 1 Million views, how many products will we sell?**                ﹀

**In doing Facebook marketing, can we provide our own video to save on production fees?**                ﹀

**Can EMG re-distribute the Facebook video to increase the number of views after the initial campaign period is over? How much do you charge?**                ﹀

**What is Falun Dafa (Falun Gong), how is it related with Epoch Media Group?**                ﹀

**Is Epoch Media Group a Chinese media group?**                ﹀

**Is Epoch Media Group a Falun Gong media group?**

screenshot-www.epochmediagroup.com-2018.06.05-12-19-56
https://www.epochmediagroup.com/faq.html
05.06.2018

**EPOCH**
MEDIA GROUP

HOME    PROPERTIES    SERVICES    RECOGNITION    FAQ    CONTACT

# Frequently Asked Questions(FAQ)

**What is EMG?**

**How come EMG has more Facebook followers than The New York Times, CBS News, FOX News, etc.? Why have we not heard about EMG before?**

**We can run Facebook advertising through Facebook directly and Google ads through Google directly, so why do we need to work with EMG?**

**We have been working with other Facebook and digital companies, why do we need to work with EMG?**

**What is the biggest value that EMG has for my business?**

**In Which markets is EMG strongest?**

US, UK, Canada, Australia (general markets)

US, Canada, Australia, and Taiwan (ethnic Chinese markets)

India market

Vietnam market

Philippines market

South East Asia market

**Can EMG help my business globally?**

**What are the services that EMG provides?**

**We already have a website, do we still need to have a landing page?**

**If EMG makes a Facebook video for us, distributes the video via its Facebook pages and generates over 1 Million views, how many products will we sell?**

**In doing Facebook marketing, can we provide our own video to save on production fees?**

**Can EMG re-distribute the Facebook video to increase the number of views after the initial campaign period is over? How**

Can EMG re-distribute the Facebook video to increase the number of views after the initial campaign period is over? How much do you charge?                    ⌄

What is <u>Falun Dafa</u> (Falun Gong), how is it related with Epoch Media Group?                    ⌄

Is Epoch Media Group a Chinese media group?                    ⌄

Is Epoch Media Group a Falun Gong media group?                    ⌄

screenshot-www.epochmediagroup.com-2018.06.05-12-22-54
https://www.epochmediagroup.com/faq.html
05.06.2018

**EPOCH**
MEDIA GROUP

HOME    PROPERTIES    SERVICES    RECOGNITION    FAQ    CONTACT

# Frequently Asked Questions(FAQ)

What is EMG?                                                                                              ⌄

How come EMG has more Facebook followers than The New York Times, CBS News, FOX News, etc.? Why have we not       ⌄
heard about EMG before?

We can run Facebook advertising through Facebook directly and Google ads through Google directly, so why do we need    ⌄
to work with EMG?

We have been working with other Facebook and digital companies, why do we need to work with EMG?          ⌄

What is the biggest value that EMG has for my business?                                                    ⌄

In Which markets is EMG strongest?                                                                         ⌄

Can EMG help my business globally?                                                                        ⌄

What are the services that EMG provides?                                                                   ⌄

We already have a website, do we still need to have a landing page?                                        ⌄

If EMG makes a Facebook video for us, distributes the video via its Facebook pages and generates over 1 Million views,  ⌄
how many products will we sell?

In doing Facebook marketing, can we provide our own video to save on production fees?                      ⌄

Can EMG re-distribute the Facebook video to increase the number of views after the initial campaign period is over? How  ⌄
much do you charge?

What is Falun Dafa (Falun Gong), how is it related with Epoch Media Group?                                 ⌄

Is Epoch Media Group a Chinese media group?                                                                ⌃

No. Epoch Media Group is a global multi-language media company. It started in the Chinese language (and has since become
No. 1 among all Chinese media outside of China). As of Dec. 2017, EMG serves over 100M English-speaking audiences around
the world through its digital and social platforms. Among its English-speaking audiences are influencers, decision-makers,

business leaders, educated intellectuals, food lovers, health and fitness enthusiasts, Jet-set travelers, millennials, and kind hearted people who resonate with the message of humanity, compassion and hope.

---

**Is Epoch Media Group a Falun Gong media group?**                                      ⌄

screenshot-www.epochmediagroup.com-2018.06.05-12-24-02
https://www.epochmediagroup.com/faq.html
05.06.2018



**EPOCH**
MEDIA GROUP

HOME    PROPERTIES    SERVICES    RECOGNITION    FAQ    CONTACT

# Frequently Asked Questions(FAQ)

**What is EMG?**

**How come EMG has more Facebook followers than The New York Times, CBS News, FOX News, etc.? Why have we not heard about EMG before?**

**We can run Facebook advertising through Facebook directly and Google ads through Google directly, so why do we need to work with EMG?**

**We have been working with other Facebook and digital companies, why do we need to work with EMG?**

**What is the biggest value that EMG has for my business?**

**In Which markets is EMG strongest?**

**Can EMG help my business globally?**

**What are the services that EMG provides?**

**We already have a website, do we still need to have a landing page?**

**If EMG makes a Facebook video for us, distributes the video via its Facebook pages and generates over 1 Million views, how many products will we sell?**

**In doing Facebook marketing, can we provide our own video to save on production fees?**

**Can EMG re-distribute the Facebook video to increase the number of views after the initial campaign period is over? How much do you charge?**

**What is Falun Dafa (Falun Gong), how is it related with Epoch Media Group?**

What's Falun Dafa?

Falun Dafa is also known as Falun Gong. It is a practice that combines teachings for self-improvement and meditation exercises. It was introduced to the public in China in 1992. The teachings of Falun Dafa are centered on three main principles— Truthfulness, Compassion, and Tolerance. It became quite popular because of the dramatic health benefits and improvement in moral standards that people experienced.

### Persecution of Falun Dafa

In 1999, former Chinese leader and dictator, Jiang Zemin, launched the nation-wide persecution of Falun Gong.

### Why is Falun Dafa persecuted in China?

The complex rationale behind the persecution can be broken into four elements: a paranoid dictator's fear of Falun Gong's meteoric growth and soaring popularity; that same dictator's intense jealousy of Falun Dafa's popularity; the inherent conflict between the communist regime's savage political ideology and its polar opposite - Falun Dafa's principles of Truthfulness, Compassion, Tolerance; and the very nature of communism, which to sustain itself requires periodically labeling a small segment of the population as the "class enemy" to "struggle" against.

### Global media coverage of the persecution of Falun Dafa

As a hate propaganda campaign was launched through Chinese state media, a domino effect occurred wherein U.S. and global newswires, as well as overseas Chinese media, repeated the communist regime's lies globally.

Epoch Media Group (EMG) has two major brands, Epoch Times and NTDTV.

### Epoch Times

In 2000, a group of Chinese-Americans who practice Falun Gong started publishing the Chinese language Epoch Times, as a website and newspaper, to provide uncensored news to Chinese people who were immersed in propaganda and censorship in China. Some reporters of Epoch Times who were in China were jailed, and some suffered severe torture.

Freedom of the press and humanity are the foundation of Epoch Times; and Epoch Times was born to tell the truth.

### NTDTV

NTDTV was founded in New York City in 2001 to report the truth and expose "fake news" in the same vein as the Epoch Times. It covers issues that are relevant to Chinese people around the world, including Chinese people in Mainland China, by directly broadcasting into Mainland China via uncensored satellite feed.

---

**Is Epoch Media Group a Chinese media group?** ⌄

**Is Epoch Media Group a Falun Gong media group?** ⌄

# Unique Visitors



comScore  August 2017

No comScore data for singtaousa.com and sinovision.net

# PageViews



No comScore data for singtaousa.com and sinovision.net

# Household Income



No comScore data for singtaousa.com and sinovision.net





# 時尚 ELITE

**Elite** is premier luxury lifestyle magazine for affluent Chinese including traveling consumers from mainland China and local Chinese americans in the New York tri-state area,Los Angeles, San Francisco, and Boston.

LEARN MORE